**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOAN ELAINE MURRAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-3411 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY and | § | |
| BRANDON JOSEPH CHISOLM | § | |
| | § | |
| Defendants. | § | |

**ORDER OF REMAND**

In accordance with this court's Memorandum and Opinion of even date, this action is

remanded to the 270th Judicial District Court of Harris County, Texas.

SIGNED on October 30, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge